UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY and U.S. CUSTOMS<br>AND BORDER PROTECTION,<br><br>       Defendants. | )<br>)<br>)<br>)  Civil Action No.: 1:12-cv-00932 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiff American Immigration Council and Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection, hereby stipulate and agree to dismissal of this action with prejudice.

Dated:  September 5, 2014

Respectfully Submitted,

Stuart F. Delery
Assistant Attorney General

Elizabeth J. Shapiro
Deputy Branch Director

/s/ Adam D. Kirschner
Adam D. Kirschner
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 353-9265
Adam.Kirschner@usdoj.gov

*Counsel for Defendants*

/s/ Caryn C. Lederer
Melissa Crow (#453487)
mcrow@immcouncil.org
AMERICAN IMMIGRATION COUNCIL
1331 G Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 507-7523
Fax: (202) 742-5619


Matthew J. Piers
Illinois Bar No. 2206161
Admitted *Pro Hac Vice*
mpiers@hsplegal.com

Caryn C. Lederer
Illinois Bar No. 6304495
Admitted *Pro Hac Vice*
clederer@hsplegal.com

HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Telephone: (312) 580-0100
Fax: (312) 580-1994

*Counsel for Plaintiff American Immigration Council*